To whom it may concern,

I've been with Christopher Williams for about 3 years now off and on and I must say he made a dramatic change in his life over that time period. Christopher was financially forced to miscalculate the outlook on life in many circumstances due to the fact of him being paralyzed from the waist down. At the time of his wrongful doings christopher neve came to conclude that long term imprisonment will be the outcome. I believe he he wanted nothing more in life but to be flashy and follow the foot steps of guys he thought held dominance. If christopher had another opportunity to modify his past, life will be much more healthier for him and anyone in his environment. Although Christopher made poor judgements in his past I believe the consequence made him become the man he is today. Christopher has been in my childs life since birth due to the fact that his biological father didnt appreciate havin a child. Christopher took time out his life to help raise my child because he knew the outcome of being brought up with no father figure living in the area of Bed-stuy. Up until this day my son believe Christopher is his father. It hurts so much to know my son looks forward to seeing christopher face in the morning's before schoool. Just knowing the fact christopher is'nt able to produce kids and been able to raise my son as his own is breath taken. This past year Christopher being under house arrest he showerd numerous teenagers including my biological brother that wrong doings in life always turn out for the worst, Nomatter the case. Overall I just wanna say that Christopher changed his life completely around in a short period of time. Hes been the best boyfriend, father, son, brother and friend anyone can ask for .

Thank you for taking time to read my letter.

Shanta Paige

634709.1